FILED

10/23/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0671

IN THE SUPREME COURT OF THE STATE OF MONTANA
Supreme Court Cause No. DA-22-0671

IN RE THE MARRIAGE OF:

SHERRI L. FROST,

Petitioner/Appellant

and

KEVIN ROY FROST

Respondent/Appellee/Cross-Appellant

with

FROST LIMITED PARTNERSHIP,

Respondent/Appellee/Cross-Appellant

## ORDER

HAVING REVIEWED Respondents/Appellees/Cross-Appellants Kevin Frost and Frost Limited Partnership Joint Unopposed Motion for Extension of Time and good cause appearing,

IT IS HEREBY ORDERED that Respondents/Appellees/Cross-Appellants Kevin Frost and Frost Limited Partnership have until November 29, 2023, to file their Reply Brief.

No further extensions will be granted.

cc:     David B. Cotner, Natalie A. Hammond
        Reid J. Perkins
        Marybeth M. Sampsel

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
October 23 2023